**GEOFFREY DISTRIBUTING CO., INC.**

**v.**

**HUMAN RIGHTS COMMISSION et al.**

No. 81–288–M.P.

Supreme Court of Rhode Island.

July 2, 1981.

Ira L. Schreiber, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondents.

## ORDER

The petition for writ of certiorari is denied.

**LADD REALTY, INC.**

**v.**

**Leo PALARDY.**

No. 81–278–A.

Supreme Court of Rhode Island.

July 2, 1981.

Paul A. Sassi, Cranston, for plaintiff.

Anthony E. Grilli, Providence, for defendant.

## ORDER

The defendant's motion to remand this case to the Superior Court for the purpose of correcting the record is granted. Following action on the motion to correct the record below, this case shall be returned to this court forthwith.

**NEWPORT HARBOR ASSOCIATES et al.**

**v.**

**MARKET SQUARE CORPORATION a Rhode Island Corporation.**

No. 81–329–A.

Supreme Court of Rhode Island.

July 2, 1981.

Coffey, McGovern, Noel & Novogroski, W. Kenneth O'Donnell, Providence, for plaintiffs.

Edwards & Angell, James K. Edwards, Providence, for defendant.

## ORDER

The defendant's motion to suspend the Superior Court injunction pending this appeal is denied. The motion to expedite this appeal is denied without prejudice to its being renewed following the hearing before the master if defendant at that time still seeks expedited consideration.